UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Bernadette C. Parrish**
a/k/a Bernadette Cofield
S.S. No.: xxx-xx-7772
Mailing Address: 5505 Danube Lane, Durham, NC 27704-

Case No. 09-81664

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on September 24, 2009.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: October 21, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 8/5/09
**Lastname-SS#:** Parris-7772

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| HOA Dues | 4 | Residence |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| 1st DOT Bank of America | 1 | $11,039 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| 1st DOT Bank of America | 1 | $1,210 | N/A | n/a | $1,210.00 | Residence |
| | | | N/A | n/a | $25.00 | Residence |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Non-910 Santander | 3 | $9,045 | 6.00 | $90 | $178.17 | 2004 Chevy Trailblazer |
| | | | 6.00 | | | |
| | | | 6.00 | | | |
| | | | 6.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 6.00 | | | |
| | | | 6.00 | | | |
| | | | 6.00 | | | |
| | | | 6.00 | | | |
| | | | 6.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $2,226 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support | - |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

**$1,774** per month for **60** months, then

**N/A** per month for **N/A** months.

Adequate Protection Payment Period: **4.04** months.

† Adequate Protection = Monthly Adequate Protection payment amt
† = May include up to 2 post-petition payments
* Co-sign protect on all debts to designated on the filed schedules
** = Greater of DMI x ACR or EAB
(Page 4 of 4)
Ch13Plan_MD_(New_DeSardi) (6/24/09) © John T. Orcutt

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
Charlene Free

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Credit Management<br>4200 International Parkway<br>Carrollton, TX 75007 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Aaron's Sales and Lease Ownership<br>Store # CO445<br>5100 N. Roxboro Road<br>Durham, NC 27704 | DirecTV **<br>P.O. Box 9001069<br>Louisville, KY 40290-1069 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Bainbridge In the Parks<br>2905 Bainbridge Drive<br>Durham, NC 27713 | Drive Financial**<br>PO Box 560284<br>Dallas, TX 75356-0284 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Duke Energy<br>P.O. Box 1046<br>Charlotte, NC 28201-1046 |
| Internal Revenue Service**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Box-2b-Fit<br>8804 Gulf Drive<br>Bldg C<br>Raleigh, NC 27617 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Calvary Portfolio Services, LLC<br>Post Office Box 1017<br>Hawthorne, NY 10532 | Durham Emergency Physicians,PA<br>Post Office Box 15386<br>Durham, NC 27704-5386 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Carlyle Dillard<br>114-47 149th St<br>Queens, NY 11436 | Durham Regional Hospital<br>3643 North Roxboro Road<br>Durham, NC 27704 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | Efit Financial<br>PO Box 27272<br>Denver, CO 80227 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Credit Financial<br>C/o Appliance Warehouse<br>100 W. Morgan St<br>Durham, NC 27702 | Fair Collections & Outsourcing<br>12304 Baltimore Avenue, # E<br>Beltsville, MD 20705 |

First Union National Bank**
Central Recovery Department
Post Office Box 13765
Roanoke, VA 24037-3765

Santander Consumer USA**
Attention: Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Hunter Warfield
RE: Southpoint Crossing Apts
3111 West Dr. Martin Luther King
Blvd, 2nd Floor
Tampa, FL 33607

Southpoint Crossing Apartments
1800 Southpoint CrossingDrive
Durham, NC 27713

JL Walston & Associates
1530 North Gregson Street
Durham, NC 27701-1164

Sprint**
Post Office Box 7086
London, KY 40742-7086

Luther Appliance & Furniture Sales
60 Plant Ave
Ste #2
Hauppauge, NY 11788

Summer Meadows HOA
C/o CAS, Inc
PO Box 19326
Charlotte, NC 28219

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

Thane International
78-140 Calle Tampico
La Quinta, CA 92253

NCO Financial
2675 Beckenridge Boulevard
Duluth, GA 30096

The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615

Portfolio Recovery Associates **
Post Office Box 12914
Norfolk, VA 23541-2914

Time Warner Cable
Post Office Box 70874
Charlotte, NC 28272-0874

RJM Acquisitions, LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

Tony Fozard
2514 S. Roxboro Rd
Durham, NC 27707

RMCB
Post Office Box 1234
Elmsford, NY 10523-0934

TRS Home Furnishings
9977 N. 90th Street
Suite 150
Scottsdale, AZ 85258