UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Bernadette C. Parrish**

Case No. 09-81664
Chapter 13

Social Security No. xxx-xx-7772
Address: 5505 Danube Lane, ,Durham, NC 27704-

Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor INTERNAL REVENUE SERVICE and dated December 1, 2009, for the following reasons:

The Proof of Claim does not accurately reflect debtor's 2008 Tax liability as shown on either the Debtor's 2008 Tax Return or the Tax Transcript from the IRS, both of which are attached hereto and incorporated by reference.

**WHEREFORE**, the Debtor prays that the Court enter an Order reducing the claim to the sum of $6,686.00 .

Dated: March 5, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. September 2, 2009)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Bernadette C. Parrish**

Case No. 09-81664
Chapter 13

Social Security No. xxx-xx-7772
Address: 5505 Danube Lane, , Durham, NC 27704-

Debtor

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on March 5, 2010. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

INTERNAL REVENUE SERVICE
**Attn: Managing Agent**
Post Office Box 21126
Philadelphia, PA 19114-

INTERNAL REVENUE SERVICE
**Attn: Managing Agent**
320 Federal Pl, Rm 335
Greensboro, NC 27401-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee


/s Renee Nolte
Renee Nolte